Argued May 23, reversed and remanded June 11, 1974

## STATE OF OREGON, *Appellant, v.*
## ALBERTO BRISENO (No. 86341),
### *Respondent.*
522 P2d 911

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*Michael C. Haines,* Certified Law Clerk, Oregon City, argued the cause for respondent. With him on the brief was Ronald D. Thom, Oregon City.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

REVERSED AND REMANDED. *State v. Taylor,* 13 Or App 192, 509 P2d 50 (1973).